# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

MONIQUE SENEXANT,

     Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC. and
LAW OFFICE OF BRETT M. BORLAND,
P.C.,

     Defendants.

Case No.: 3:18-cv-00143-DJH-DW
Hon. Judge David J. Hale
Magistrate Judge Dave Whalin

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 83.2 of the Local Rules of the United States District Courts for the Western District of Kentucky for an Order allowing the admission of movant, a member of the firm of Brock & Scott, PLLC and a member in good standing of the Bar of the State of Michigan (2005) and the United States Court of Appeals for the Sixth Circuit (2007), United States District Court for the Eastern District of Michigan (2005), United States District Court for the Western District of Michigan (2007), United States District Court for the Northern District of Illinois (2007), United States District Court for the Central District of Illinois (2013), United States District Court for the District of Colorado (2013), United States District Court for the Southern District of Indiana (2014), United States District Court for the Eastern District of Wisconsin (2015), United States District Court for the District of New Mexico (2015), United States District Court for the Northern District of Indiana (2017) and the United States Court of Appeals for the Seventh Circuit (2018) as attorney Pro Hac Vice to argue or try this case in whole or in part as counsel for National Credit

1

Systems, Inc. and Law Office of Brett B. Borland, P.C. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179
Dated: April 2, 2018                        charity.olson@brockandscott.com

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby state that on April 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**