**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| MONIQUE SENEXANT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. and LAW OFFICE OF BRETT M. BORLAND, P.C.,<br><br>    Defendants. | Case No.: 3:18-cv-00143-DJH-DW<br>Hon. Judge David J. Hale<br>Magistrate Judge Dave Whalin |

**DECLARATION OF CHARITY A. OLSON IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, Charity A. Olson hereby declares as follows:

1.  I am an attorney with the law firm of Brock & Scott, PLLC.

2.  I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.  As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Michigan.

4.  I am also admitted to practice in the State of Michigan (2005) and the United States Court of Appeals for the Sixth Circuit (2007), United States District Court for the Eastern District of Michigan (2005), United States District Court for the Western District of Michigan (2007), United States District Court for the Northern District of Illinois (2007), United States District Court for the Central District of Illinois (2013), United States District Court for the District of Colorado (2013), United States District Court for the Southern District of Indiana (2014), United States District Court for the Eastern District of Wisconsin (2015), United States District Court for the

1

District of New Mexico (2015), United States District Court for the Northern District of Indiana (2017) and the United States Court of Appeals for the Seventh Circuit (2018).

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. I hereby will be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7. I have participated in web-page tutorials through this districts ECF training and have received ECF training in other jurisdictions, to which I am admitted.

8. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for National Credit Systems, Inc. and Law Office of Brett M. Borland, P.C.

9. I declare under penalty of perjury, that the foregoing is true and correct.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179
charity.olson@brockandscott.com

Dated: April 2, 2018