**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| MONIQUE SENEXANT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. and LAW OFFICE OF BRETT M. BORLAND, P.C.,<br><br>    Defendants. | Case No.: 3:18-cv-00143-DJH-DW<br>Hon. Judge David J. Hale<br>Magistrate Judge Dave Whalin |

**PROPOSED ORDER TO PRACTICE PRO HAC VICE**

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Charity A. Olson is permitted to argue or try this particular case in whole or in part as counsel or advocate for National Credit Systems, Inc. and Law Office of Brett M. Borland, P.C.

This Order becomes effective upon the Court's receipt of the required $125.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: _____       _____
                                                     Hon. Judge David J. Hale