# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MONIQUE SENEXANT, | Case No.: 18-cv-00143-DJH-RSE |
| Plaintiff, | |
| vs. | |
| NATIONAL CREDIT SYSTEMS, INC. et al, | |
| Defendants. | |

## UNOPPOSED MOTION TO WITHDAW AS ATTORNEY OF RECORD

COMES NOW, Katrina M. DeMarte, Esq., formerly of the law firm Brock & Scott, PLLC, and hereby files this Unopposed Motion to Withdraw as Counsel of Record. Katrina M. DeMarte, Esq. respectfully requests that this Court allow her to withdraw as counsel of record for the Defendants.

Brock & Scott, PLLC's Ann Arbor location dissolved in July of 2018. Thereafter, Katrina M. DeMarte, Esq. obtained employment with Magdich Law and co-counsel Charity A. Olson, Esq. of Varnum LLP retained all clients that attorney Katrina M. DeMarte previously represented. Moreover, attorney DeMarte's former client has expressed their desire to continue to have Charity A. Olson, Esq., attorney DeMarte's former supervisor, as their counsel of record. It has always been undersigned counsel's understanding that Attorney Olson would exclusively handle this file, and that she would take any action necessary to preserve their defense. As such, there will be no prejudice to any party because Charity A. Olson will remain as counsel for the Defendant.

Katrina M. DeMarte certifies that the Defendant is unopposed to this Motion to Withdraw as Attorney of Record. Moreover, Katrina M. DeMarte, Esq. represents that counsel for the Plaintiff does not oppose her Motion to Withdraw as Attorney of Record.

Wherefore, the above premises considered, Katrina M. DeMarte prays that her Unopposed Motion to Withdraw as Counsel of Record be granted.

Respectfully submitted,

/s/ Katrina M. DeMarte
Katrina M. DeMarte (MI Bar No. P81476;
CO Bar No. 43135)
**MAGDICH LAW**
17177 North Laurel Park Drive St 401
Livonia, MI 48152
Phone: 248-344-0013
Fax: 248-344-0133
Email: kdemarte@magdichlaw.com

Dated: October 30, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018 I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

/s/ Katrina M. DeMarte
Katrina M. DeMarte (MI Bar No. P81476;
CO Bar No. 43135)
**MAGDICH LAW**