UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MONIQUE SENEXANT,<br><br>      PLAINTIFF<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. AND LAW OFFICE OF BRETT M. BORLAND, P.C.<br><br>      DEFENDANT. | CASE No. 3:18-CV-00143-DJH-RSE |

## APPEARANCE OF COUNSEL

Neal Bailen, of the law firm Stites & Harbison PLLC, hereby enter his appearance on behalf of Law Office of Brett M. Borland, P.C.

Respectfully submitted,

Dated: December 14, 2018

    */s/ Neal Bailen*
Neal Bailen
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Tel: (502) 587-3400
Email: nbailen@stites.com

*Counsel for Defendant, Law Office of Brett M. Borland, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by CM/ECF on all counsel of record on December 14, 2018.

    */s/ Neal Bailen*
Neal Bailen

98229:1